# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| ENA R. JOHNSON | § | |
|---|---|---|
| | § | Civil Action No. 4:17-CV-453 |
| v. | § | (Judge Schell/Judge Nowak) |
| | § | |
| CITY OF DENTON | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 9, 2018, the report of the Magistrate Judge (Dkt. #39) was entered containing proposed findings of fact and recommendations that Plaintiff Ena R. Johnson's Motions for Default Judgment (Dkts. #17, #26, #37) each be denied, Defendant City of Denton's Motion to Set Aside Entry of Default (Dkt. #34) be granted, and the Clerk's Entry of Default (Dkt. #25) be set aside.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiff's Motions for Default Judgment (Dkts. #17, #26, #37) are **DENIED**.

It is further **ORDERED** that Defendant's Motion to Set Aside Entry of Default (Dkt. #34) is **GRANTED** and the Clerk's Entry of Default is hereby set aside (Dkt. #25).

**IT IS SO ORDERED**.

SIGNED this the 31st day of May, 2018.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE