# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ENA R. JOHNSON | § |
| | § Civil Action No. 4:17-CV-453 |
| v. | § (Judge Schell/Judge Nowak) |
| | § |
| CITY OF DENTON | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 8, 2018, the report of the Magistrate Judge (Dkt. #46) was entered containing proposed findings of fact and recommendations that Defendant City of Denton's Second Motion to Dismiss (Dkt. #38) be granted and Plaintiff Ena R. Johnson's claims against the City of Denton be dismissed without prejudice for lack of jurisdiction.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Defendant City of Denton's Second Motion to Dismiss (Dkt. #38) is **GRANTED**, and Plaintiff's claims against the City of Denton are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this the 19th day of July, 2018.**

_____
RICHARD A. SCHELL